# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

May 24, 2021

**via ECF and e-mail**
Andrew C. Quinn, Esq.
The Quinn Law Firm
399 Knollwood Road, Suite 220
White Plains, New York 10603

    Re:  Israel Roman v. City of Mount Vernon, et al., 21-CV-2214 (KMK)

Dear Mr. Quinn:

We write in response to your letter dated May 17, 2021 and in accordance with the Hon. Kenneth M. Karas' Individual Rule of Practice Rule II(A) to advise you that we will amend the complaint in the above-captioned matter. We propose that we will file our amended complaint on or before June 7, 2021. Should you have any questions, please feel free to contact me. Thank you in advance for your time and consideration in this matter.

Very truly yours,

*(signature)*

Karen A. Newirth

cc:  Hon. Kenneth M. Karas, *via ECF*