# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

**MEMO ENDORSED**

June 7, 2021

**via ECF**
Hon. Kenneth M. Karas
United States District Judge
Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re: Israel Roman v. City of Mount Vernon, et al., 21-CV-2214 (KMK)**

Dear Judge Karas:

We write to inform the Court that defendants, through counsel, have consented to our request for an additional week to file an amended complaint in the above-captioned matter. Assuming this is acceptable to the Court, we will file the amended complaint on or before June 14, 2021. We stand ready to assist should the Court have any questions or concerns.

Very truly yours,

Karen A. Newirth

Granted.

So Ordered.

6/7/21

cc: Andrew Quinn, Esq. *via email and ECF*
Steven Bushnell, Esq. *via email and ECF*
Marykate Acquisto, Esq. *via email and ECF*