

**MEMO ENDORSED**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

July 20, 2021

***VIA ECF***
Hon. Kenneth M. Karas
United States District Court Judge
Southern District of New York
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:   *Israel Roman v. The City of Mount Vernon, et al.*
            21-CV-02214 (KMK)

Dear Judge Karas,

    As the Court is aware, the undersigned and The Quinn Law Firm PLLC represents the City of Mount Vernon and the individually named Defendants in the above-referenced matter.

    Defendants write to respectfully request an adjournment of the Telephonic Pre-Motion Conference with the Court scheduled for Wednesday, August 4, 2021 at 2:00 PM. This is the first such request for an adjournment of the Pre-Motion Conference. The reason for the instant request is that the undersigned will be on trial in New York City from August 4, 2021 until at least August 13, 2021. Counsel for Plaintiff consents to this request.

    The parties are available to conference this matter with the Court the week of August 16th through the 20th with the exception of all day on August 17th and August 19th at 9:30, of course at the convenience of the Court.

    We thank the Court for its consideration of the instant request.

Respectfully submitted,

*Andrew C. Quinn*

Andrew C. Quinn, Esq.

ACQ:sb
cc: Karen Newirth, Esq. *via ECF and Email*

[Handwritten endorsement: Granted. The Court will hold a teleconference on Sept. 13, 2021 at 11:00 AM]

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/20/2021