# LOEVY & LOEVY

MEMO ENDORSED

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

September 9, 2021

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court Judge
Southern District of New York
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *Israel Roman v. The City of Mount Vernon, et al.*
21-CV-02214 (KMK)

Dear Judge Karas,

As the Court is aware, the undersigned and Loevy & Loevy represent plaintiff Israel Roman in the above-referenced matter.

We write to respectfully request an adjournment of the Telephonic Pre-Motion Conference with the Court scheduled for Monday, September 13, 2021, at 11:00 AM. This is the first request for an adjournment of the Pre-Motion Conference by the Plaintiff, and the second request in this case. Defendants' prior request was granted. The reason for the instant request is that a family emergency has resulted in staffing changes in this matter and Plaintiff's counsel needs additional time to prepare for the conference. Defendants consent to this request.

Counsel for both parties are available to conference this matter with the Court on October 5, 2021, after 12:00 PM, or anytime on October 6, 2021, or October 7, 2021, or at the Court's convenience.

We thank the Court for its consideration of the instant request.

Respectfully submitted

Anand Swaminathan

*Granted. The Court will hold a teleconference on October 6, 2021 at 11:30 AM.*
SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/10/2021

cc: Steve Bushnell, Esq. and Marykate Acquisto, Esq., *via ECF and Email*