UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL ROMAN<br><br>　　Plaintiff,<br><br>　　v.<br><br>CITY OF MOUNT VERNON, et al.,<br><br>　　Defendants. | Case No.:7:21-CV-2214-KMK<br><br>Hon. Kenneth M. Karas |

## MOTION TO WITHDRAW ATTORNEY KAREN NEWIRTH

　　NOW COMES Plaintiff, by and through his attorneys, LOEVY & LOEVY, and hereby seeks leave of the Court to withdraw attorney Karen Newirth as counsel for Plaintiff. In support, Plaintiff states as follows:

　　1.　Ms. Newirth has concluded her employment at Loevy & Loevy, the firm representing Plaintiff.

　　2.　Plaintiff will continue to be represented by Anand Swaminathan of Loevy & Loevy.

　　3.　No party will be prejudiced if Ms. Newirth is permitted to withdraw her appearance in this matter.

　　4.　Ms. Newirth is not retaining or charging a lien.

　　WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting her to withdraw her appearance as counsel in this matter.

Dated: September 17, 2021                               Respectfully submitted,

/s/ Anand Swaminathan
*Plaintiff's Attorney*

Anand Swaminathan
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, Illinois 60607
(312) 243-5900
anand@loevy.com

## CERTIFICATE OF SERVICE

I, Anand Swaminathan, an attorney, hereby certify that on September 17, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Anand Swaminathan
*Plaintiff's Attorneys*